Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE  FORM 3

| | |
|---|---|
| IKADAN SYSTEM USA, INC. and WEIHAI GAOSAI METAL PRODUCT CO., LTD.,<br><br>                                    **Plaintiff,**<br>   v.<br><br>**UNITED STATES,**<br>                                    **Defendant.** | **S U M M O N S**<br><br>Ct. No. 21-cv-00592 |

**TO:**  The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. Ikadan System USA, Inc. & Weihai Gaosai Metal Product Co., Ltd., U.S. importers
   (Name and standing of plaintiff)

2. U.S. Customs and Border Protection's final determination as to evasion and final administrative determination under Enforce and Protect Act ("EAPA") Consolidated Case No. 7474.
   (Brief description of contested determination)

3. Oct. 26, 2021 final admin. determ. by CBP, incl. June 21, 2021 determ. by TRLED.
   (Date of determination)

4. Not applicable because EAPA decisions are not published in the Federal Register.
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Richard P. Ferrin
_____
Signature of Plaintiff's Attorney

November 23, 2021
_____
         Date

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Richard P. Ferrin/Douglas J. Heffner/Wm. Randolph Rucker, Faegre Drinker Biddle & Reath LLP, 1500 K Street NW Wash. DC 20005
E-mail: richard ferrin@faegredrinker.com

**SEE REVERSE SIDE**

Form 3-2

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)