UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE LEO M. GORDON, SENIOR JUDGE

| | |
|---|---|
| IKADAN SYSTEM USA, INC. and WEIHAI GAOSAI METAL PRODUCT CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 21-00592 |

## ORDER

Upon consideration of the Consent Motion for a Preliminary Injunction, filed by Ikadan System USA, Inc. ("Ikadan") and Weihai Gaosai Metal Product Co., Ltd. ("Gaosai") (collectively "Plaintiffs"), to enjoin liquidation of certain entries, it is

**ORDERED** that Plaintiffs' Consent Motion for a Preliminary Injunction is **GRANTED**; and it is further

**ORDERED** that the United States, together with its delegates, officers, agents, and servants, including employees of U.S. Customs and Border Protection ("CBP"), shall be, and are hereby **ENJOINED**, pending a final and conclusive court decision in this litigation, including all appeals and remand proceedings, from causing or permitting liquidation of any and all unliquidated entries of pig farrowing crates, farrowing flooring systems, steel grating, or tribar flooring, from the People's Republic of China, that were:

- subject to CBP's Enforce and Protect Act investigation in consolidated case number 7474 and subsequent *de novo* administrative review. *See Admin. Review Determination in EAPA Consolidated Case No. 7474*, CBP Office of Trade Regulations & Rulings (Oct. 26, 2021) ("*Oct. 26, 2021 Decision*"); *Notice of Determination as to Evasion*, EAPA Cons. Case Number 7474 (June 21, 2021), available at https://www.cbp.gov/sites/default/files/assets/documents/2021-Jun/06-21-2021%20-%20TRLED%20-%20Notice%20of%20Determination%20as%20to%20Evasion%20%28508%20compliant%29%20-%20%287474%29%20-%20PV_0.pdf

Court No. 21-00592

- imported by Ikadan or Gaosai;

- entered, or withdrawn from a warehouse, for consumption on or after May 26, 2019, up to and including the date a final and conclusive court decision, including all appeals and remand proceedings, is issued in this litigation; and

- remain unliquidated as of 5:00 p.m. on the day the Court enters the order enjoining liquidation on the docket of this action; and it is further

**ORDERED** that this injunction shall dissolve upon entry of a final court decision in this litigation, including all appeals and remand proceedings, and that the entries covered by this injunction shall be liquidated in accordance with that final decision.

/s/ Leo M. Gordon
Hon. Leo M. Gordon, Senior Judge

Dated: December 6, 2021
New York, New York