UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE LEO M. GORDON, SENIOR JUDGE

IKADAN SYSTEM USA, INC. and WEIHAI GAOSAI METAL PRODUCT CO., LTD.,

Plaintiffs,

v.

UNITED STATES,

Defendant,

and

HOG SLAT, INC.,

Defendant-Intervenor.

Court No. 21-00592

**CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE PLAINTIFFS' RULE 56.2 MOTION AND REQUEST TO AMEND SCHEDULING ORDER**

Pursuant to Rule 6(b), Plaintiffs Ikadan System USA, Inc. and Weihai Gaosai Metal Product Co. respectfully move for a two-week extension of time until April 8, 2022 to file their Rule 56.2 motion and brief in this case. Currently, based on the Court's Order dated January 25, 2022 (ECF 29), Plaintiffs' Rule 56.2 motion and brief are due on March 25, 2022. After consultation with the other parties in this proceeding, we request that all dates in the Court's January 25, 2022 Order similarly be extended by two weeks, to the following.

| FILING | PROPOSED NEW DUE DATE |
|---|---|
| 1. Plaintiffs' R. 56.2 Motion and Brief | April 8, 2022 |
| 2. Court Review of Plaintiffs' Opening Brief | April 22, 2022 |
| 3. Defendant's Response Brief | June 21, 2022 |
| 4. Defendant-Intervenor's Response Brief | June 28, 2022 |
| 5. Plaintiffs' Reply Brief | July 28, 2022 |
| 6. Joint Appendix | August 11, 2022 |
| 7. Request for Oral Argument | August 18, 2022 |

Plaintiffs request this extension because they have recently discovered that certain items are not currently in the administrative record filed by Defendant and believe that those items

should be added to complete the administrative record. On March 11, 2022, Plaintiffs filed a Motion to Complete the Record. The Court needs time to decide the Motion to Complete the Record, and if that motion is granted, Defendant needs time to add those documents and accordingly amend the administrative record. Plaintiff needs to know whether these additional documents will be added to the administrative record specifically in order to argue its case regarding Count One of the Complaint in its opening brief.

We note that counsel for other parties to this litigation have indicated that they consent to this short motion for extension, without expressing an opinion on Plaintiffs' Motion to Complete the Record.

For the reason discussed above, we respectfully request that the Court grant the consent motion of Plaintiffs for an extension of time to file its Rule 56.2 Motion and Brief in this case, and a request to amend the scheduling order.

Respectfully submitted,

  /s/ Richard P. Ferrin
Douglas J. Heffner
Wm. Randolph Rucker
Richard P. Ferrin
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Washington, DC 20005
Telephone: (202) 230-5803

On behalf of Plaintiffs

March 18, 2022

# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE LEO M. GORDON, SENIOR JUDGE

| | |
|---|---|
| IKADAN SYSTEM USA, INC. and WEIHAI GAOSAI METAL PRODUCT CO., LTD., <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES, <br><br>        Defendant, <br><br>  and <br><br>HOG SLAT, INC., <br><br>        Defendant-Intervenor. | **Court No. 21-00592** |

## ORDER

Upon consideration of Plaintiffs' Consent Motion for an Extension of Time to File Rule 56.2 Motion and Brief and Request to Amend the Scheduling in this matter, and upon all other papers and proceedings herein, it is hereby

**ORDERED** that the consent motion for extension of time is granted; and it is further

**ORDERED** that the Scheduling Order entered on January 25, 2022, is hereby amended as follows:

| **FILING** | **DUE DATE** |
|---|---|
| 1. Plaintiffs' R. 56.2 Motion and Brief | April 8, 2022 |
| 2. Court Review of Plaintiffs' Opening Brief | April 22, 2022 |
| 3. Defendant's Response Brief | June 21, 2022 |
| 4. Defendant-Intervenor's Response Brief | June 28, 2022 |
| 5. Plaintiffs' Reply Brief | July 28, 2022 |
| 6. Joint Appendix | August 11, 2022 |
| 7. Request for Oral Argument | August 18, 2022 |

**SO ORDERED**.

                                                          LEO M. GORDON, JUDGE

DATED: _____
      New York, New York

ACTIVE.135855326.01