UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| IKADAN SYSTEM USA, INC., <br> WEIHAI GAOSAI METAL PRODUCT CO., LTD., <br>           Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br>           Defendant, <br><br> and <br><br> HOG SLAT, INC., <br>           Defendant-Intervenor. | Before: Leo M. Gordon, Judge <br><br> Court No. 21-00592 |

**ORDER**

Upon consideration of the Plaintiff's Consent Motion for an Extension of Time to file its USCIT Rule 56.2 Motion and Opening Brief, ECF No. 33, and all other papers and proceedings had in this action; and upon due deliberation, it is hereby

**ORDERED** that Plaintiff's Consent Motion for an Extension of Time to file its USCIT Rule 56.2 Motion and Opening Brief is denied; it is further

**ORDERED** that briefing in this action is stayed until the disposition of Plaintiff's Motion to Supplement the Record, ECF Nos. 31 and 32; and it is further

**ORDERED** that the parties shall file a revised schedule for briefing in this action no later than seven days of the court's disposition of Plaintiff's Motion to Supplement the Record.

                                                                                  /s/ Leo M. Gordon <br>
                                                                                Judge Leo M. Gordon

Dated: March 22, 2022 <br>
       New York, New York