# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE LEO M. GORDON, SENIOR JUDGE

| | |
|---|---|
| IKADAN SYSTEM USA, INC., *et al.*,<br><br>       Plaintiffs,<br><br>       v.<br><br>UNITED STATES,<br><br>       Defendant, | Court No. 21-0592 |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD

Defendant, the United States, respectfully submits this response to the motion by plaintiff Ikadan System USA, Inc. (Ikadan) to supplement the administrative record. ECF Nos. 31, 32. Ikadan did not confer with the United States before filing its motion. Defendant has reviewed plaintiff's filing and proposed supplemental documents and does not oppose the motion. Defendant respectfully proposes to file the amended administrative record on or before March 31, 2022.

                                                                          Respectfully submitted,

                                                                          BRIAN M. BOYNTON
                                                                          Principal Deputy Assistant Attorney General

                                                                          PATRICIA M. MCCARTHY
                                                                          Director

                                                                          /s/ Reginald T. Blades, Jr.
                                                                          REGINALD T. BLADES, JR.
                                                                          Assistant Director

| | |
|---|---|
| OF COUNSEL:<br>TAMARI J. LAGVILAVA<br>Attorney<br>U.S. Customs and Border Protection<br>Office of the Chief Counsel | /s/ Kelly A. Krystyniak<br>KELLY A. KRYSTYNIAK<br>Trial Attorney<br>Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington D.C. 20044<br>Tel: (202) 307-1063<br>Email: kelly.a.krystyniak@usdoj.gov |
| March 23, 2022 | *Attorneys for Defendant United States* |

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 2(b) of the Court's Standard Chambers Procedures, defendant's counsel certifies that this brief complies with the Court's type-volume limitation rules. According to the word count calculated by the word processing system with which the brief was prepared, this brief contains a total of 249 words.

s/ Kelly A. Krystyniak

March 23, 2022