# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE LEO M. GORDON, SENIOR JUDGE

| | |
|---|---|
| IKADAN SYSTEM USA, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>HOG SLAT, INC.,<br><br>    Defendant-Intervenor. | Court No. 21-00592 |

## ORDER

Upon consideration of plaintiffs' motion for judgment on the agency record, defendant's motion for a voluntary remand, the administrative record, and all other pertinent papers, it is hereby

ORDERED that defendant's motion for voluntary remand is GRANTED; and it is further

ORDERED that the U.S. Customs and Border Protection (CBP) shall submit a remand redetermination within 45 days of this Order; and it is further

ORDERED that briefing on plaintiffs' motion for judgment on the agency record is STAYED pending CBP's remand redetermination.

Dated: August 18, 2022                                                    /s/ Leo M. Gordon
New York, New York                                                        Judge